Garvin D. MARTIN, Appellant,

v.

Bonnie I. MARTIN, Respondent.

No. WD 47397.

Missouri Court of Appeals,
Western District.

Dec. 7, 1993.

Donald J. Lock, Gladstone, for appellant.

Douglass F. Noland, Krebbs and Holdsworth, Liberty, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and SMART, JJ.

---

1. The record reflects that the prosecuting attorney was notified of the petition and date of

## ORDER

PER CURIAM.

Appeal from order modifying a dissolution decree. Garvin D. Martin sought to modify a maintenance award, a division of marital property and allocation of marital debts. The trial court reduced the maintenance award from $900.00 per month to $700.00 per month due to Husband's significant reduction of income. Garvin Martin appeals from the trial court's modification order.

Judgment is affirmed. Rule 84.16(b).